

**FELICIA PITRE**
**DALLAS COUNTY DISTRICT CLERK**

77,246-11

July 22nd, 2015

Texas Court of Criminal Appeals
ATTN: Abel Acosta
P.O. Box 12308
Austin, Texas 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 29 2015

Abel Acosta, Clerk

RE:  **DRAKE LAFAYETTE WILLIS,**
     **CCA CAUSE No:**    **WR-77,246-11**
     **Writ No:**         **F08-24020-T**

Dear Mr. Abel Acosta:

In response to the Court's Order dated **July 22, 2015,** in the above entitled and referenced cause, the Dallas County District Clerk's Office is enclosing this letter stating the District clerk does not have record of any supplemental writ application filed in this court for the above cause.

Sincerely,

Felicia Pitre
Dallas County District Clerk

Given under my hand and seal;

By *Regina Taylor*
Deputy District Clerk